UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ATIIM COLLINS,

    Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

    Garnishee.
_____/

Case No. 2:14-MC-50463
HON. GEORGE CARAM STEEH

## DISMISSAL OF DEFENDANT'S PETITION FOR PAYMENT PLAN AS RENDERED MOOT (DOC. # 8)

Defendant petitioned for a hearing in response to a writ of garnishment. He wished to put a payment plan in place, arguing that a garnishment of 25% of his wages would be economically unfeasible. However, this argument as well as the writ itself was rendered moot when the defendant lost his job, as was explained by the defendant today via a phone conference. The defendant's request for a hearing is hereby DISMISSED.

    IT IS SO ORDERED.

Dated:  June 12, 2014

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 12, 2014, by electronic and/or ordinary mail and also on Atiim Collins, 3150 Menge, Warren, MI 48091.

s/Barbara Radke
Deputy Clerk